1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| CARMEN JOHN PERRI, an individual, | Hon. Thomas S. Zilly |
|---|---|
| Plaintiff, | No. 19-cv-00149-TSZ |
| v. | NOTICE OF APPEARANCE FOR DEFENDANT MOORE HOTEL INC |
| MOORE HOTEL INC, a Washington corporation, | **(Clerk's Action Required)** |
| Defendant. | |

TO          :   CLERK OF THE COURT;

AND TO   :   ALL PARTIES AND COUNSEL OF RECORD.

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Defendant Moore Hotel Inc hereby appears in the above-entitled cause by the undersigned attorneys, without waiving any defense, and requests that all further papers and pleadings herein, except process, be served upon the undersigned attorneys at the address stated below.

////

////

////

////

NOTICE OF APPEARANCE - 1
Case No. 19-cv-00149-TSZ

BN 35814471v1

BUCHALTER
A PROFESSIONAL CORPORATION
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
PHONE: 206-319-7052

1    DATED: March 5, 2019.

2

3

BUCHALTER
A Professional Corporation

4

*s/ Jane E. Brown*
Jane E. Brown, WSBA No. 48763
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Phone: 206-319-7052
Email: jebrown@buchalter.com

*Attorneys for Defendant Moore Hotel Inc*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2
Case No. 19-cv-00149-TSZ

BUCHALTER
A PROFESSIONAL CORPORATION
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
PHONE: 206-319-7052

BN 35814471v1

# DECLARATION OF SERVICE

I state that I am a citizen of the United States of America and a resident of the State of Washington, I am over the age of twenty-one years, I am not a party to this action, and I am competent to be a witness herein. I declare that I cause to be served in the manner noted copies of the foregoing upon designated counsel:

**Plaintiff's Counsel:**

Dan N. Fiorito, WSBA #34009
The Law Office of Dan N. Fiorito III
844 NW 48th Street
Seattle, WA 98107
Phone: 206.299.1582
Email: dan@danfiorito.com

☐ US Mail
☒ Via Email
☒ Via ECF Filing
☐ Process Service

I declare under penalty of perjury under the laws of the State of Washington on March 5, 2019, at Seattle, Washington.

/s/ Marci L. Brandt
Marci L. Brandt, Legal Assistant

NOTICE OF APPEARANCE - 3
Case No. 19-cv-00149-TSZ

BUCHALTER
A PROFESSIONAL CORPORATION
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
PHONE: 206-319-7052

BN 35814471v1