UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARMEN JOHN PERRI,

    Plaintiff,

v.

MOORE HOTEL, INC.,

    Defendant.

C19-149 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 11, is GRANTED, and plaintiff's claim under the Unruh Civil Rights Act ("UCRA"), California Civil Code § 51, is DISMISSED with prejudice and without costs. Plaintiff's only remaining claim in this matter is under the Americans with Disabilities Act.

(2) Defendant's motion to dismiss plaintiff's UCRA claim, docket no. 5, is STRICKEN as moot.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of April, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1