UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br><br>v.<br><br>MOORE HOTEL INC.,<br><br>Defendant. | CASE NO. C19-0149JLR<br><br>ORDER TO SHOW CAUSE |

The court ORDERS the parties to show cause why this matter should not be consolidated with all of the following matters for pretrial purposes or for pretrial and trial purposes: (1) *Perri v. Mayflower Park Hotel Inc.*, No. C19-0132JLR; (2) *Perri v. Wedgewood Court III Associates LLC*, No, C19-0110JLR; (3) *Perri v. 425 Queen Anne, LLC*, No. C19-0137JLR; (4) *Perri v. 621 Apartments, LLC*, No. C19-0139JLR; (5) *Perri v. Sorento Hotel Partnership*, No. C19-0144JLR; and (6) *Perri v. 2301 Third Ave. LP*, No. C19-0297JLR. The court further ORDERS the parties to file their responses to this

//

ORDER - 1

order within seven (7) days of the date of this order and to limit their responses to no more than five (5) pages.

Dated this 16th day of April, 2019.

*[signature]*

JAMES L. ROBART
United States District Judge