The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MOORE HOTEL, INC., a Washington corporation,<br><br>Defendant. | Case No.: 19-cv-00149 JLR<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**<br><br>(Clerk's Action Required) |

IT IS HEREBY STIPULATED AND AGREED by the parties, Carmen John Perri and the Moore Hotel, Inc., through their designated counsel, that the above-captioned matter (including all claims and counterclaims asserted and assertable) be dismissed with prejudice and without award of costs or attorneys' fees to any party.

| | |
|---|---|
| Dated: April 25, 2019 | Dated: April 25, 2019 |
| LAW OFFICES OF DAN FIORITO III | BUCHALTER, A Professional Corporation |
| By: _/s/ Dan Fiorito III_<br>Dan Fiorito III, WSBA #34009<br>Attorney for Plaintiff | By: _/s/ David C. Spellman_<br>David C. Spellman, WSBA #15884<br>Attorneys for Defendant |

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

IT IS SO ORDERED:

Dated this 26th day of April, 2019.

Honorable James L. Robart
United States District Court Judge

Presented by:

BUCHALTER

*/s/ David C. Spellman*
David C. Spellman, WSBA #15884
Attorney for Defendant

Approved as to Form and Notice of Presentation Waived:

*/s/ Dan Fiorito III*
Dan Fiorito III, WSBA #34009
Attorney for Plaintiff

BN 36239290v1

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 2
CASE NO.: 19-CV-00149

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052